| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known): _____    Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

**1. Debtor's name**    **Usuga Management LLC**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**    8 3 – 1 7 0 6 1 8 5

**4. Debtor's address**

Principal place of business:
**3426 Augusta**
Number    Street

**Rockwall**    **TX**    **75087**
City    State    ZIP Code

**Rockwall**
County

Mailing address, if different from principal place of business:
(blank)

Location of principal assets, if different from principal place of business:
**3705 Lakeview Parkway**
Number    Street
**Suite 215**

**Rowlett**    **TX**    **75088**
City    State    ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Usuga Management LLC** _____    Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. Check all that apply:

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

**5 3 1 3**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11.  Check all that apply:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor __**Usuga Management LLC**_____    Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No
   ☐ Yes.  District _____ When ___/___/_____ Case number _____
              District _____ When ___/___/_____ Case number _____
              District _____ When ___/___/_____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No
    ☐ Yes.  Debtor _____ Relationship _____
              District _____ When ___/___/_____
              Case number, if known _____

              Debtor _____ Relationship _____
              District _____ When ___/___/_____
              Case number, if known _____

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?**   *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
    Number   Street
    _____
    _____   _____   _____
    City                    State    ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes.  Insurance agency _____
              Contact name _____
              Phone _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor **Usuga Management LLC** _____     Case number (if known) _____

## Statistical and adminstrative information

| | | |
|---|---|---|
| 13. Debtor's estimation of available funds | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |
| 14. Estimated number of creditors | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000   ☐ 25,001-50,000<br>☐ 5,001-10,000   ☐ 50,001-100,000<br>☐ 10,001-25,000  ☐ More than 100,000 |
| 15. Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million     ☐ $500,000,001-$1 billion<br>☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $100,000,001-$500 million   ☐ More than $50 billion |
| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☑ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million     ☐ $500,000,001-$1 billion<br>☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $100,000,001-$500 million   ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    ■ I have been authorized to file this petition on behalf of the debtor.

    ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on **06/05/2023**
    MM / DD / YYYY

    X **/s/ Maria Usuga** _____
    Signature of authorized representative of debtor
    **Maria Usuga**
    Printed name
    **Manager**
    Title

Debtor **Usuga Management LLC** _____    Case number (if known) _____

| | | | |
|---|---|---|---|
| **18.** **Signature of attorney** | **X** /s/ Joyce W. Lindauer<br>Signature of attorney for debtor | Date | **06/05/2023**<br>MM / DD / YYYY |

**Joyce W. Lindauer**
Printed name

**Joyce Lindauer**
Firm name

**Joyce W. Lindauer Attorney, PLLC**
Number     Street

**1412 Main Street, Suite 500**

| **Dallas** | **TX** | **75202** |
|---|---|---|
| City | State | ZIP Code |

| **(972) 503-4033** | **joyce@joycelindauer.com** |
|---|---|
| Contact phone | Email address |

| **21555700** | **TX** |
|---|---|
| Bar number | State |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:   **Usuga Management LLC**                                     CASE NO

                                                                      CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  6/5/2023                          Signature  /s/ Maria Usuga
                                                   *Maria Usuga*
                                                   *Manager*


Date _____            Signature _____

```
8100 Lakeview, LLC
6336 Greenville Avenue
Suite C
Dallas, TX  75206


Attorney General of Texas
Bankruptcy Division
P O Box 12548
Austin, TX 78711-2548


Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas  75242-1100


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Jay M. Rosenberg
Conley Rosenberg & Mendez P.C.
14160 Dallas Parkway
Suite 800
Dallas, TX 75254


Linebargar Goggan Blair & Sampson
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207


Texas Comptroller of Public Accounts
Revenue Accting Div - Bankr Section
PO Box 13528
Austin, TX 78711-3528


Texas Workforce Commission
101 East 15th Street
Austin, TX 78778-0001



U. S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001
```

```
U. S. Trustee's Office
1100 Commerce Street
Room 976
Dallas, TX 75242
```